**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: } | CHAPTER 13 | |
| CYNTHIA WOODS WARD } | | |
| } | CASE NO. A17-57301-PWB | |
| } | | |
| DEBTOR(S) } | JUDGE BONAPFEL | |

**CHAPTER 13 TRUSTEE'S MOTION OBJECTING TO DISCHARGE**

COMES NOW, Mary Ida Townson, Standing Chapter 13 Trustee, and files this Motion Objecting to Discharge, respectfully showing the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on April 24, 2017. The Debtor filed a previous case, A16-52656-PWB, under Chapter 7 on February 12, 2016. The Debtor received a discharge in that case on August 5, 2016. Thus, pursuant to 11 U.S.C. Section 1328(f)(1) and F.R.B.P. 4004(a), it does not appear that the Debtor is not eligible to receive a discharge in this case.

WHEREFORE, based on the foregoing, the Chapter 13 Trustee prays:

(a)    for an order that denies discharge in this case; and

(b)    for any such further relief as the Court may deem just, necessary, and proper.

Respectfully submitted,

/s/
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
Georgia Bar Number 423627
191 Peachtree Street, N.E., Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
brandik@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| CYNTHIA WOODS WARD | } | |
| | } | CASE NO. A17-57301-PWB |
| | } | |
| DEBTOR(S) | } | JUDGE BONAPFEL |

**NOTICE OF HEARING ON MOTION OBJECTING TO DISCHARGE**

 PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion Objecting to Discharge and related exhibits with the Court seeking an order denying discharge in this case.

 PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **July 11, 2017** at **10:00 a.m. in Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

 Your rights may affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is **Clerk, United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303,** and a copy furnished to the party listed below:  c/o Chapter 13 Trustee, Mary Ida Townson, Suite 2200, 191 Peachtree St., N.E., Atlanta, GA  30303.

 Respectfully submitted this ___9th___ day of June, 2017.

                 _/s/_
                Brandi L. Kirkland
                Attorney for the Chapter 13 Trustee
                Georgia Bar Number 423627
                191 Peachtree Street, N.E., Suite 2200
                Atlanta, Georgia 30303-1740
                (404) 525-1110
                brandik@atlch13tt.com

A17-57301-PWB

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served

DEBTOR(S):

Cynthia Woods Ward
848 Hartford Place, SW
Atlanta, GA 30310

ATTORNEY FOR DEBTOR(S):

Slomka Law Firm
1069 Spring Street, NW
Suite 200
Atlanta, GA 30309

Guy Gebhardt
United States Trustee for Region 21
75 Ted Turner Drive, SW, Room 362
Atlanta, GA 30303

and all parties of interest on the attached creditor matrix.

in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This   9th   day of June, 2017.


             /s/
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
Georgia Bar Number 423627
191 Peachtree Street, N.E., Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
brandik@atlch13tt.com

**CREDITORS**

Capital One Auto Finance
P.O. Box 60511
City Of Industry, CA 91716

Direct Tv
2230 E. Imperial Hwy
El Segundo, CA 90245

FED LOAN SERV
Po Box 69184
Harrisburg, PA 17106

Georgia Department Of Revenue
1800 Century Blvd Suite 17200
Atlanta, GA 30345

Habitat For Humanity
1825 Cornwall Avenue
Bellingham, WA 98225

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Isenberg & Hewitt P.C
6600 Peachtree Dunwoody Rd. Ste. 150
Atlanta, GA 30328

Office Of Attorney General
40 Capital Square Sw
Atlanta, GA 30334

Paces Contracting Services LLC
4040 Nine McFarland Dr
Alpharetta, GA 30004

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303